UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:  LISA JOAN BEACH                                  CASE NO:  07-02089-8-JRL
       SSN XXX-XX-0434                                   CHAPTER 7
       208 WALNUT STREET
       OAK CITY, NC 27857
       DEBTOR

## REPORT OF UNCLAIMED DIVIDENDS

The undersigned Trustee respectfully reports and represents:

Pursuant to Rule 3010 of the Rules of Federal Procedure, below is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate.

| Claim No | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| 23 | Ocwen<br>PO Box 785058<br>Orlando, FL 32878 | $1,590.23 |

This the 28th day of January, 2010.

                                          s/Peggy S. Levin
                                          PEGGY S. LEVIN
                                          Chapter 7 Trustee
                                          1701 Sunset Avenue, Suite 207
                                          Rocky Mount, NC 27804
                                          (252) 972-2279

CERTIFICATE OF SERVICE

I, Peggy S. Levin, of the law firm of Craft, Levin & Abney, LLP, of 1701 Sunset Avenue, Suite 207, Rocky Mount, North Carolina, certify:

That I am, and at all times hereinafter mentioned, was more than eighteen (18) years of age:

That on January 28, 2010, I served a copy of the attached Report of Small Dividends on those listed below at their respective addresses as set forth below, by Depositing copies of the said Report in an envelope with adequate postage thereon addressed as set forth below, in a depository of the United States Postal Service or electronic filing:

>	Marjorie K. Lynch
>	Bankruptcy Administrator
>	PO Box 3758
>	Wilson, NC 27894

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 01/28/10

s/Peggy S. Levin
PEGGY S. LEVIN
Chapter 7 Trustee
1701 Sunset Avenue, Suite 207
Rocky Mount, NC 27804
(252) 972-2279